

Entered on Docket
March 23, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
(702) 853-0700
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | ) | BK-S 09-33471 MKN |
|---|---|---|
|  | ) | Chapter 13 |
| PARIS BAUTISTA and BOWENA BAUTISTA, | ) |  |
|  | ) | **ORDER DENIAL OF CONFIRMATION AND** |
|  | ) | **DISMISSING CASE** |
|  | ) |  |
| Debtor. | ) | Hearing Date:   March 10, 2011 |
|  | ) | Hearing Time:   1:30 p.m. |

The "Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal" filed in the above-captioned matter having been on for hearing; the following parties have appeared: [X] Trustee [ ] Debtor [ ] Attorney for the Debtor [ X ] Bryan C. Hunt, Esq., attorney for Creditor, MPI Funding Corp., and said Motion having been considered by this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 is DISMISSED for the following reason(s):

- Debtors are delinquent in Plan payments

IT IS FURTHER ORDERED that the Trustee is allowed $800.00 as and for expenses in the administration of this case.

DATED:   3/14/2011

Submitted by:


/s/   KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(MJB)

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

      The court has waived the requirement set forth in LR 9021(b)(1).
      No party appeared at the hearing or filed an objection to the motion.
 X    I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

|  | Approved: | _____ |
|---|---|---|
|  | Disapproved: | _____ |
|  | Failed to Respond: | X |

_____
BRYAN C. HUNT, ESQ.
Nevada Bar No. 011163
2300 W. Sahara Avenue, Suite 300, Box 2
Las Vegas, Nevada  89102
**[Sent Via Email at bhlaw@live.com on 3/14/2011]**

      I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2
###